# Court of Appeals
# of the State of Georgia

ATLANTA, April 24, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1481. OMAR WHITE v. AUSTIN TURNER et al.

Omar White filed a complaint against Austin Turner, Steve Tumlin, and David Beam (the "defendants"). The defendants removed the case to federal court on December 13, 2024. On December 16, 2024, White filed a notice of default and demand for default judgment in superior court. On February 17, 2025, the trial court dismissed White's demand for default judgment, concluding that it had no jurisdiction because the case had been removed to federal court. From that order, White filed a timely notice of appeal. This Court, however, lacks jurisdiction.

When an action in a state court is removed to federal court, the jurisdiction of the state court is suspended until the case is remanded. See *Quixtar, Inc. v. Campbell*, 298 Ga. App. 617 (680 SE2d 661) (2009). Because nothing in the record before us suggests that this case has been remanded from federal court to state court, we lack

jurisdiction to address this appeal. See *Quixtar, Inc.*, 298 Ga. App. at 617. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,* __04/24/2025_____

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*